1  DEAN M. GLOSTER, State Bar No. 109313
   MARK D. PETERSEN, State Bar No. 111956
2  KELLY A. WOODRUFF, State Bar No. 160235
   FARELLA BRAUN + MARTEL, LLP
3  235 Montgomery Street, 17th Floor
   San Francisco, CA 94014
4  Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
5  dgloster@fbm.com
   mpetersen@fbm.com
6  kwoodruff@fbm.com

7  Counsel for Defendants Scott Salyer, individually and as
   Trustee of the Scott Salyer Revocable Trust, SKPM
8  Corp., SK Foods, LLC, SKF Canning, LLC, Blackstone
   Ranch Corporation, Monterey Peninsula Farms, CSSS,
9  LP, SKF Aviation, LLC, Salyer Management Company,
   LLC, SK Farms Services, LLC, SK Frozen Foods, LLC,
10 SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC,
   SSC Farms II, LLC and SSC Farms III, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: <br><br> SK Foods, L.P., a California limited partnership, *et al.*, <br><br>　　　　　Debtors. <br><br> BRADLEY SHARP, Chapter 11 Trustee, <br><br>　　　　　Plaintiff, <br><br> v. <br><br> FRED SAYLER IRREVOCABLE TRUST, *et al.*, <br><br>　　　　　Defendants. <br><br> *[Caption continued on next pages]* | Civ. No. S-11-1839 LKK <br><br> Bankruptcy Adv. Proc. No. 10-02017 |

-1-

Substitution of Counsel and Order Thereon
27019\2757743.1

| | |
|---|---|
| In re:<br><br>SK Foods, L.P., a California limited partnership, *et al.*,<br><br>        Debtors.<br><br>BRADLEY SHARP, Chapter 11 Trustee,<br><br>        Plaintiff,<br><br>v.<br><br>SKF AVIATION, LLC, *et al.*,<br><br>        Defendants. | Civ. No. S-11-1840 LKK<br><br>Bankruptcy Adv. Proc. No. 10-02016 |
| In re:<br><br>SK Foods, L.P., a California limited partnership, *et al.*,<br><br>        Debtors.<br><br>BRADLEY SHARP, Chapter 11 Trustee,<br><br>       Plaintiff,<br><br>v.<br><br>SCOTT SALYER, as trustee of the Scott Salyer Revocable Trust, *et al.*,<br><br>        Defendants. | Civ. No. S-11-1841 LKK<br><br>Bankruptcy Adv. Proc. No. 10-02014 |
| In re:<br><br>SK Foods, L.P., a California limited partnership, *et al.*,<br><br>        Debtors.<br><br>BRADLEY SHARP, Chapter 11 Trustee,<br><br>        Plaintiff,<br><br>v.<br><br>SSC FARMS 1, LLC, *et al.*,<br><br>        Defendants. | Civ. No. S-11-1842 LKK<br><br>Bankruptcy Adv. Proc. No. 09-02692 |

| | |
|---|---|
| In re: | |
| SK Foods, L.P., a California limited partnership, *et al.*, | |
| Debtors. | Civ. No. S-11-1845 LKK |
| BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc., | Bankruptcy Adv. Proc. No. 10-02015 |
| Appellant, | |
| v. | |
| SCOTT SALYER, *et al.*, | |
| Appellees. | |
| In re: | |
| SK Foods, L.P., a California limited partnership, *et al.*, | |
| Debtors. | Civ. No. S-11-1847 LKK |
| BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc., | Bankruptcy Adv. Proc. No. 09-02543 |
| Appellant, | |
| v. | |
| CSSS, L.P., | |
| Appellee. | |

| | |
|---|---|
| In re:<br><br>SK Foods, L.P., a California limited partnership, *et al.*,<br><br>             Debtors.<br><br>BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc.,<br><br>             Appellant,<br><br>v.<br><br>CALIFORNIA FRANCHISE TAX BOARD, *et al.*,<br><br>             Appellees. | Civ. No. S-11-1849 LKK<br><br><br>Bankruptcy Adv. Proc. No. 11-02339 |
| In re:<br><br>SK Foods, L.P., a California limited partnership, *et al.*,<br><br>             Debtors.<br><br>BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc.,<br><br>             Appellant,<br><br>v.<br><br>CALIFORNIA FRANCHISE TAX BOARD, *et al.*,<br><br>             Appellees. | Civ. No. S-11-1850 LKK<br><br><br>Bankruptcy Adv. Proc. No. 11-02339 |

|   |   |
|---|---|
| In re:<br><br>SK Foods, L.P., a California limited partnership, *et al.*,<br><br>　　　　　Debtors.<br><br>BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc.,<br><br>　　　　　Appellant,<br><br>v.<br><br>CARY SCOTT COLLINS, *et al.*,<br><br>　　　　　Appellees. | Civ. No. S-11-1853 LKK<br><br><br>Bankruptcy Adv. Proc. No. 11-02340 |
| In re:<br><br>SK Foods, L.P., a California limited partnership, *et al.*,<br><br>　　　　　Debtors.<br><br>BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc.,<br><br>　　　　　Appellant,<br><br>v.<br><br>CARY SCOTT COLLINS, *et al.*,<br><br>　　　　　Appellees. | Civ. No. S-11-1855 LKK<br><br><br>Bankruptcy Adv. Proc. No. 11-02340 |

## SUBSTITUTION OF COUNSEL AND ORDER THEREON

Pursuant to Eastern District Local Rule 182(g), Scott Salyer, in his individual capacity and as trustee of the Scott Salyer Revocable Trust, substitute Farella Braun + Martel, LLP as their attorney of record, in place of Felderstein Fitzgerald Willoughby & Pascuzzi LLP and Segal &

1  Kirby in the above-captioned matter.

2       Pursuant to Eastern District Local Rule 182(g), Defendants SKPM Corp., SK Foods, LLC,
3  SKF Canning, LLC, Blackstone Ranch Corporation, Monterey Peninsula Farms, CSSS, LP, SKF
4  Aviation, LLC, Salyer Management Company, LLC, SK Farms Services, LLC, SK Frozen Foods,
5  LLC, SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC, SSC Farms II, LLC and SSC
6  Farms III, LLC hereby substitute Farella Braun + Martel, LLP as their attorney of record, in place
7  of Nageley Meredith & Miller, Inc. in the above-captioned matter.

8  Dated:  September 9, 2011

                                                          _____*/s/ Scott Salyer*_____
9                                                             SCOTT SALYER

10  Dated:  September 9, 2011            SCOTT SALYER REVOCABLE TRUST
11

12                                                     By:__*/s/ Scott Salyer*_____
13                                                            SCOTT SALYER, TRUSTEE

14  Dated:  September 9, 2011            SK PM CORP., SK FOODS, LLC, SKF CANNING, LLC,
15                                                            SKF AVIATION, LLC and BLACKSTONE RANCH CORPORATION
16

17                                                     By:__*/s/ Scott Salyer*_____
18                                                            SCOTT SALYER

19  Dated:  September 9, 2011            MONTEREY PENINSULA FARMS, SK FROZEN
20                                                            FOODS, LLC, CSSS, LP, SALYER MANAGEMENT COMPANY, LLC, SK FARMS SERVICES, LLC, SS
21                                                            FARMS, LLC, SSC FARMING, LLC, SSC FARMS I, LLC, SSC FARMS II, LLC and SSC FARMS III, LLC

22

23                                                   By:__*/s/ Robert Pruett*_____
                                                          ROBERT PRUETT, MANAGER

24

25

26

27

28

The above substitution is hereby accepted.

Dated:  September 9, 2011        FELDERSTEIN FITZGERALD
                                 WILLOUGHBY & PASCUZZI LLP


                                 By: /s/ Paul J. Pascuzzi
                                     PAUL J. PASCUZZI


Dated:  September 9, 2011        SEGAL & KIRBY


                                 By: /s/ Malcom S. Segal
                                     MALCOM S. SEGAL


Dated:  September 9, 2011        NAGELEY MEREDITH & MILLER, INC.


                                 By: /s/ Andrea M. Miller
                                     ANDREA M. MILLER


Farella Braun + Martel LLP hereby consents to the above substitution.

Dated:  September 9, 2011        FARELLA BRAUN & MARTEL LLP


                                 By: /s/ Kelly A. Woodruff
                                     KELLY A. WOODRUFF

IT IS SO ORDERED.

Dated:  September 16, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT