UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

        Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

        Appellant,

           v.                      CIV. NO. S-11-1839 LKK

FRED SALYER IRREVOCABLE
TRUST,

        Appellee.
_____/

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

        Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

        Appellant,

           v.                      CIV. NO. S-11-1840 LKK

SKF AVIATION, LLC, et al.,

        Appellees.
_____/

In re:

1   SK FOODS, L.P., a California
    limited partnership, et al.,
2
              Debtors.
3
    BRADLEY D. SHARP, Chapter 11
4   Trustee,

5             Appellant,

6             v.                          CIV. NO. S-11-1841 LKK

7   SCOTT SALYER, as trustee of
    the Scott Salyer Revocable
8   Trust, et al.,

9             Appellees.
    _____/
10  In re:

11  SK FOODS, L.P., a California
    limited partnership, et al.,
12
              Debtors.
13
    BRADLEY D. SHARP, Chapter 11
14  Trustee,

15            Appellant,

16            v.                          CIV. NO. S-11-1842 LKK

17  SSC FARMS 1, LLC, et al.,

18            Appellees.
    _____/
19  In re:

20  SK FOODS, L.P., a California
    limited partnership, et al.,
21
              Debtors.
22
    BANK OF MONTREAL, as
23  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
24  L.P. and RHM Industrial
    Specialty Foods, Inc, a
25  California corporation, d/b/a
    Colusa County Canning Co.,
26

                              2

1              Appellant,

2                    v.                    CIV. NO. S-11-1845 LKK

3    SCOTT SALYER, et al.,

4              Appellees.
     _____/

5    In re:

6    SK FOODS, L.P., a California
     limited partnership, et al.,

7

8              Debtors.

9    BANK OF MONTREAL, as
     Administrative Agent, successor
     by Assignment to Debtors SK Foods,

10   L.P. and RHM Industrial
     Specialty Foods, Inc, a

11   California corporation, d/b/a
     Colusa County Canning Co.,

12

13             Appellant,

                     v.                    CIV. NO. S-11-1846 LKK

14   INTERNAL REVENUE SERVICE, et al.,

15

16             Appellees.
     _____/

17   In re:

18   SK FOODS, L.P., a California
     limited partnership, et al.,

19             Debtors.

20   BANK OF MONTREAL, as
     Administrative Agent, successor

21   by Assignment to Debtors SK Foods,
     L.P. and RHM Industrial

22   Specialty Foods, Inc, a
     California corporation, d/b/a

23   Colusa County Canning Co.,          CIV. NO. S-11-1847 LKK

24             Appellant,

25                   v.

26   CSSS, L.P.,

                         3

```
 1              Appellee.
     _____/
 2   In re:

 3   SK FOODS, L.P., a California
     limited partnership, et al.,
 4
                Debtors.
 5
     BANK OF MONTREAL, as
 6   Administrative Agent, successor
     by Assignment to Debtors SK Foods,
 7   L.P. and RHM Industrial
     Specialty Foods, Inc, a
 8   California corporation, d/b/a
     Colusa County Canning Co.,              CIV. NO. S-11-1849 LKK
 9
                Appellant,
10
                    v.
11
     CALIFORNIA FRANCHISE TAX
12   BOARD, et al.,

13              Appellees.
     _____/
14   In re:

15   SK FOODS, L.P., a California
     limited partnership, et al.,
16
                Debtors.
17
     BANK OF MONTREAL, as
18   Administrative Agent, successor
     by Assignment to Debtors SK Foods,
19   L.P. and RHM Industrial
     Specialty Foods, Inc, a
20   California corporation, d/b/a
     Colusa County Canning Co.,              CIV. NO. S-11-1850 LKK
21
                Appellant,
22
                    v.
23
     CALIFORNIA FRANCHISE TAX
24   BOARD, et al.,

25              Appellees.
     _____/
26
```

1   In re:

2   SK FOODS, L.P., a California
    limited partnership, et al.,
3
             Debtors.
4
    BANK OF MONTREAL, as
5   Administrative Agent, successor
    by Assignment to Debtors SK Foods,
6   L.P. and RHM Industrial
    Specialty Foods, Inc, a
7   California corporation, d/b/a
    Colusa County Canning Co.,              CIV. NO. S-11-1853 LKK
8
             Appellant,
9
                  v.
10
    CARY SCOTT COLLINS, et al.,
11
             Appellees.
12  _____/

13  In re:

14  SK FOODS, L.P., a California
    limited partnership, et al.,
15
             Debtors.
16
    BANK OF MONTREAL, as
17  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
18  L.P. and RHM Industrial
    Specialty Foods, Inc, a
19  California corporation, d/b/a
    Colusa County Canning Co.,              CIV. NO. S-11-1855 LKK
20
             Appellant,
21
                  v.
22                                          O R D E R
    CARY SCOTT COLLINS, et al.,
23
             Appellees.
24  _____/

25  ////

26  ////

                              5

1     The April 23, 2012 hearing on this appeal is removed from the

2  calendar.

3     The court notes that counsel for appellees, Farella Braun +

4  Martel LLP, has moved in the Bankruptcy Court to withdraw as

5  counsel and has similarly moved in some, but not all, of the

6  Bankruptcy Court appeals.  A hearing on that motion is scheduled

7  for April 30, 2012 in the Bankruptcy Court.

8     Counsel for appellees shall therefore file a letter with this

9  court no later than seven days from the date of this order advising

10  this court whether they seek a withdrawal from this appeal.

11     IT IS SO ORDERED.

12     DATED:  April 17, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

6