```
                        UNITED STATES DISTRICT COURT

                       EASTERN DISTRICT OF CALIFORNIA

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

           Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

           Appellant,

                v.                          CIV. NO. S-11-1839 LKK

FRED SALYER IRREVOCABLE
TRUST,

           Appellee.
_____/

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

           Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

           Appellant,

                v.                          CIV. NO. S-11-1840 LKK

SKF AVIATION, LLC, et al.,

           Appellees.
_____/
In re:
```

```
 1  SK FOODS, L.P., a California
    limited partnership, et al.,
 2
                Debtors.
 3
    BRADLEY D. SHARP, Chapter 11
 4  Trustee,

 5              Appellant,

 6              v.                              CIV. NO. S-11-1841 LKK

 7  SCOTT SALYER, as trustee of
    the Scott Salyer Revocable
 8  Trust, et al.,

 9              Appellees.
    _____/
10  In re:

11  SK FOODS, L.P., a California
    limited partnership, et al.,
12
                Debtors.
13
    BRADLEY D. SHARP, Chapter 11
14  Trustee,

15              Appellant,

16              v.                              CIV. NO. S-11-1842 LKK

17  SSC FARMS 1, LLC, et al.,

18              Appellees.
    _____/
19  In re:

20  SK FOODS, L.P., a California
    limited partnership, et al.,
21
                Debtors.
22
    BANK OF MONTREAL, as
23  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
24  L.P. and RHM Industrial
    Specialty Foods, Inc, a
25  California corporation, d/b/a
    Colusa County Canning Co.,
26
```

2

```
 1              Appellant,

 2                v.                          CIV. NO. S-11-1845 LKK

 3   SCOTT SALYER, et al.,

 4              Appellees.
     _____/
 5   In re:

 6   SK FOODS, L.P., a California
     limited partnership, et al.,
 7
                Debtors.
 8
     BANK OF MONTREAL, as
 9   Administrative Agent, successor
     by Assignment to Debtors SK Foods,
10   L.P. and RHM Industrial
     Specialty Foods, Inc, a
11   California corporation, d/b/a
     Colusa County Canning Co.,
12
                Appellant,
13
                  v.                          CIV. NO. S-11-1846 LKK
14
     INTERNAL REVENUE SERVICE, et al.,
15
                Appellees.
16   _____/
     In re:
17
     SK FOODS, L.P., a California
18   limited partnership, et al.,

19              Debtors.

20   BANK OF MONTREAL, as
     Administrative Agent, successor
21   by Assignment to Debtors SK Foods,
     L.P. and RHM Industrial
22   Specialty Foods, Inc, a
     California corporation, d/b/a
23   Colusa County Canning Co.,        CIV. NO. S-11-1847 LKK

24              Appellant,

25                v.

26   CSSS, L.P.,
```

```
 1              Appellee.
   _____/
 2 In re:

 3 SK FOODS, L.P., a California
   limited partnership, et al.,
 4
                Debtors.
 5
   BANK OF MONTREAL, as
 6 Administrative Agent, successor
   by Assignment to Debtors SK Foods,
 7 L.P. and RHM Industrial
   Specialty Foods, Inc, a
 8 California corporation, d/b/a
   Colusa County Canning Co.,            CIV. NO. S-11-1849 LKK
 9
                Appellant,
10
                    v.
11
   CALIFORNIA FRANCHISE TAX
12 BOARD, et al.,

13              Appellees.
   _____/
14 In re:

15 SK FOODS, L.P., a California
   limited partnership, et al.,
16
                Debtors.
17
   BANK OF MONTREAL, as
18 Administrative Agent, successor
   by Assignment to Debtors SK Foods,
19 L.P. and RHM Industrial
   Specialty Foods, Inc, a
20 California corporation, d/b/a
   Colusa County Canning Co.,            CIV. NO. S-11-1850 LKK
21
                Appellant,
22
                    v.
23
   CALIFORNIA FRANCHISE TAX
24 BOARD, et al.,

25              Appellees.
   _____/
26
```

4

```
 1  In re:

 2  SK FOODS, L.P., a California
    limited partnership, et al.,
 3
              Debtors.
 4
    BANK OF MONTREAL, as
 5  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
 6  L.P. and RHM Industrial
    Specialty Foods, Inc, a
 7  California corporation, d/b/a
    Colusa County Canning Co.,                  CIV. NO. S-11-1853 LKK
 8
              Appellant,
 9
                  v.
10
    CARY SCOTT COLLINS, et al.,
11
              Appellees.
12  _____/

13  In re:

14  SK FOODS, L.P., a California
    limited partnership, et al.,
15
              Debtors.
16
    BANK OF MONTREAL, as
17  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
18  L.P. and RHM Industrial
    Specialty Foods, Inc, a
19  California corporation, d/b/a
    Colusa County Canning Co.,                  CIV. NO. S-11-1855 LKK
20
              Appellant,
21
                  v.
22                                                    O R D E R
    CARY SCOTT COLLINS, et al.,
23
              Appellees.
24  _____/

25  ////

26  ////
```

1        The court is in receipt of a letter from counsel for
2   appellees, Farella Braun + Martel LLP, stating that it does not
3   seek to withdraw as counsel from this appeal.  Accordingly, the
4   Trustee's appeal shall be heard on June 4, 2012 at 10:00 a.m. in
5   this court.
6        IT IS SO ORDERED.
7        DATED:  May 8, 2012.

```
                         _____
                         LAWRENCE K. KARLTON
                         SENIOR JUDGE
                         UNITED STATES DISTRICT COURT
```