UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BRADLEY D. SHARP, Chapter 11 Trustee,

Appellant,

v. CIV. NO. S-11-1839 LKK

FRED SALYER IRREVOCABLE TRUST,

Appellee.
_________________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BRADLEY D. SHARP, Chapter 11 Trustee,

Appellant,

v. CIV. NO. S-11-1840 LKK

SKF AVIATION, LLC, et al.,

Appellees.
_________________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BRADLEY D. SHARP, Chapter 11 Trustee,

Appellant,

v.

CIV. NO. S-11-1841 LKK

SCOTT SALYER, as trustee of the Scott Salyer Revocable Trust, et al.,

Appellees.
_______________________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BRADLEY D. SHARP, Chapter 11 Trustee,

Appellant,

v.

CIV. NO. S-11-1842 LKK

SSC FARMS 1, LLC, et al.,

Appellees.
_______________________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co.,

Appellant,

v. CIV. NO. S-11-1845 LKK

SCOTT SALYER, et al.,

Appellees.
_______________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co.,

Appellant,

v. CIV. NO. S-11-1846 LKK

INTERNAL REVENUE SERVICE, et al.,

Appellees.
_______________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co., CIV. NO. S-11-1847 LKK

Appellant,

v.

CSSS, L.P.,

Appellee.
_______________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co.,

CIV. NO. S-11-1849 LKK

Appellant,

v.

CALIFORNIA FRANCHISE TAX BOARD, et al.,

Appellees.
_______________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co.,

CIV. NO. S-11-1850 LKK

Appellant,

v.

CALIFORNIA FRANCHISE TAX BOARD, et al.,

Appellees.
_______________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co.,

Appellant,

v.

CARY SCOTT COLLINS, et al.,

Appellees.
_______________________________/

CIV. NO. S-11-1853 LKK

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co.,

Appellant,

v.

CARY SCOTT COLLINS, et al.,

Appellees.
_______________________________/

CIV. NO. S-11-1855 LKK

O R D E R

////

////

The court is in receipt of a letter from counsel for appellees, Farella Braun + Martel LLP, stating that it does not seek to withdraw as counsel from this appeal. Accordingly, the Trustee's appeal shall be heard on June 4, 2012 at 10:00 a.m. in this court.

IT IS SO ORDERED.

DATED: May 8, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT